**ORIGINAL**

FILED
2008 JUL 30 PM 2:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Summons in a Civil Action (Rev 11/97)

## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND WINTERS, JR. an Individual<br><br>vs<br><br>CARNIVAL CORPORATION & PLC d/b/a CARNIVAL CRUISE LINES, a business entity, and DOES 1-10 | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>**'08 CV 1380 DMS BLM** |

TO: (Name and Address of Defendant)




YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shawna L. Parks
Disability Rights Legal Center
919 Albany Street
Los Angeles, CA 90015

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    JUL 3 0 2008

CLERK  J. PARIS                                          DATE

By _____ , Deputy Clerk

Summons in Civil Action                                  Page 1 of 2

ODM\PCDOCS\WORDPERFECT\14431\1 May 5, 1999 (11:34am)